UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION


ANIS BEN ABDESSALEM
HAMIDA,

        Petitioner,

v.                                               Case No. 3:10-cv-1010-J-34MCR


SMITH, etc.;
et al.,

        Respondents.
_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

    Petitioner Hamida, who was detained at the Baker County Jail, filed a Petition for Writ of Habeas Corpus and Release from Detention (Petition) (Doc. #1) on November 2, 2010. In the Petition, he claimed that his continued detention of more than six months from the date of the removal order is not justified. Asserting that there is no significant likelihood of removal in the reasonably foreseeable future, Petitioner requested immediate release from detention under an order of supervision.

This Court ordered Petitioner to submit copies of the Petition for service of process upon the Respondents and either pay the $5.00 filing fee or complete and file an Affidavit of Indigency on or before December 8, 2010.  See Court's Order (Doc. #5), filed November 9, 2010, at 1.  Further, the Court notified Petitioner that his failure to comply with the Court's Order within the allotted time period would result in the dismissal of the action without further notice.  Id. at 2.

Petitioner's copy of the Court's Order (Doc. #5), sent to the Baker County Jail, was returned to the Court as undeliverable, with the notation "RTS [(return to sender)] not here" on November 18, 2010.  On November 19, 2010, Petitioner filed a Notice of Change of Address (Doc. #6), designating his address as the Krome Detention Center in Miami, Florida.  That same day, the Clerk sent another copy of the Court's Order (Doc. #5) to Petitioner at the Krome Detention Center, but it was returned as undeliverable on December 6th.  Again, on December 8th, the Clerk send another copy of the Order to Petitioner at the Krome Detention Center.  That copy was also returned as undeliverable on January 4, 2011.   As of the date of this Order, Petitioner has not submitted copies of the Petition for service of process upon the Respondents.  Further, he has not paid the $5.00 filing fee or filed an Affidavit of Indigency within the allotted time period set forth in the Court's Order (Doc. #5).  Therefore, this action is due to be dismissed

without prejudice for Petitioner's failure to (1) notify the Court of his current address; (2) submit copies of the Petition; and (3) pay the $5.00 filing fee or file an Affidavit of Indigency.

Moreover, on January 3, 2011, the Respondents entered their appearance in this action for the sole purpose of filing their Notice of Petitioner's Removal and Motion to Dismiss (Motion to Dismiss) (Doc. #7) with accompanying exhibits (R. Ex.). In the Motion to Dismiss, they assert that the Petition is moot because the Department of Homeland Security (Department) removed Petitioner from the United States on December 8, 2010. Notice at 1; R. Ex. A, Warrant of Removal/Deportation (reflecting a removal date of December 8, 2010). As of the date of this Order, Petitioner has not responded to the Motion to Dismiss.[1] Since the Department has removed Petitioner from the United States, this action is due to be dismissed as moot.

Therefore, for the above-stated reasons, Respondents' Motion to Dismiss will be granted, and this case will be dismissed without prejudice.

---

[1] Respondents assert that they are unable to serve Petitioner a copy of the Motion to Dismiss because he appeared pro se and has not provided a current mailing address subsequent to his removal from the United States. See Motion to Dismiss at 8, Certificate of Service.

Accordingly, it is now

**ADJUDGED:**

1. Respondents' Motion to Dismiss (Doc. #7) is **GRANTED.**

2. This case is hereby **DISMISSED** without prejudice as **MOOT**.

3. The Clerk of the Court shall enter judgment accordingly and close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 21st day of January, 2011.

*Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

sc 1/21
c:
Anis Ben Abdessalem Hamida
Counsel of Record